1  Gabriel J. Pacheco, #299524
   1444 Fulton St.
2  Fresno, CA  93721
   Telephone: (559) 540-7070
3  Fax: (559) 940-6815
   Email: GP@PachecoEsq.com
4
   Attorney for Defendant
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              Case No. **1:21-CR-00227**

10         Plaintiff,                     **ORDER GRANTING APPLICATION TO BE RELEIVED AS COUNSEL**

11     vs.
                                          Date:
12 EDWARD PAGE,                           Time:
                                          Dept:
13         Defendant.

14

15     It is hereby ordered that Gabriel J. Pacheco be relieved as counsel in this case

16 and Richard Beshwate be appointed as new counsel.

17

18 IT IS SO ORDERED.

19 Dated:   **November 30, 2021**                  _____
                                                   UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27